AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Xiaohua Huang<br><br>*Plaintiff(s)*<br>v.<br>TetraMem, Inc.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. C 24 07181 VKD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Atten: Glenn Ge, CEO
TetraMem, Inc.
4027 Clipper Ct, Fremont, CA 94538

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Xiaohua Huang
P.O. Box 1639
Los Gatos, CA 95031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: OCT 15 2024

CLERK OF COURT
MARK B. BUSBY
*Steven Chilton*  Steven Chilton
*Signature of Clerk or Deputy Clerk*