# Kramer Levin 

**James Hannah**
Partner
T 650.752.1712
jhannah@kramerlevin.com

333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
T 650.752.1700
F 650.752.1800

October 29, 2024

**VIA ECF E-FILING AND E-MAIL (REDACTED VERSION)**

Hon. P. Casey Pitts
San Jose Courthouse
Courtroom 8, 4th Floor
280 South First Street
San Jose, CA 95113

    **RE:**    *Xiaohua Huang v. TetraMem, Inc.*, N.D. Cal., No. 5:24-cv-07181-PCP

Dear Judge Pitts:



October 29, 2024 

█████████████████████████████████████████.

        Respectfully submitted,

        */s/ James Hannah*
        James Hannah

        Counsel for Defendant

cc: Plaintiff Xiaohua Huang (with enclosures) (paul-huang03@outlook.com)

# EXHIBIT A

# REDACTED IN ITS ENTIRETY

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED