Xiaohua  Huang , *pro se*

P.O. Box 1639, Los Gatos CA95031

Tel:   669 273 5633

Email: paul-huang03@outlook.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| XIAOHUA HUANG, | Case No. 5:24-cv-07181-PCP |
|    Plaintiff, | |
| v. | Plaintiff's response to Defendant's letter in ECF. No. 10 |
| TETRAMEM, INC., | Hon. P. Casey Pitts |
|   Defendant | |

Plaintiff sent the payment to Defendant Attorney Mr. Hannah for part of cost that he will prepare the settlement agreement.

Dated: October 30, 2024                    Respectfully submitted

                                                                  Xiaohua Huang

P.O. Box 1639, Los Gatos CA95031

Tel: 669 273 5633

Email: paul-huang03@outlook.com