Xiaohua Huang , *pro se*

P.O. Box 1639, Los Gatos CA95031

Tel:   669 273 5633

Email: paul-huang03@outlook.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| XIAOHUA HUANG,<br>    Plaintiff,<br>v.<br><br>TETRAMEM, INC.,<br><br>   Defendant | Case No. 5:24-cv-07181-PCP<br><br>Plaintiff's disclosure and report<br><br>Hon. P. Casey Pitts |

   Based on Exhibit 1 and Exhibit 2 Defendant counsel Mr. James  Hannah has interest conflict to his client in this case. By Nov.11,2024  filing ECF. No.19  Mr. Hannah already know his interest conflict.

Dated: November 13, 2024                    Respectfully submitted

                                                            Xiaohua Huang

                                                            P.O. Box 1639, Los Gatos CA95031

                                                            Tel: 669 273 5633

                                                            Email: paul-huang03@outlook.com

Exhibit 1

Exhibit 2

1

# Exhibit 1

# Agreement

Mr. Xiaohua Huang is the owner of US patent 6744653, 6999331 and RE45259 as the original inventor. Xiaohua Huang is a US citizen. Xiaohua Huang lives in San Jose California with mailing address P.O. Box 1639, Los Gatos, CA95031. Tel phone number (cell Phone) 669 273 5633.

██████████████████████████████████████████████████████████

Mr. Xiaohua Huang agree to pay that ████████████████████ the income generated from the verdict or settlement of litigation with US patent 6744653, 6999331 and RE45259 ████████████████ Xiaohua Huang needs to ████ ████████████████ income he received from the verdict or settlement of litigation with US patent 6744653, 6999331 and RE45259 after August 22, 2024 to ████████████████████████.

This agreement is at good will and governed by the law of the state of California and the state of Texas.

Xiaohua Huang

*[signature]*

Exhibit 2



## Attorneys



James Hannah

Kramer Levin Naftalis & Frankel LLP

333 Twin Dolphin Drive

Suite 700

Redwood Shores, CA 94065

650-752-1712

jhannah@kramerlevin.com

Assigned: 10/24/2024

PRO HAC VICE

ATTORNEY TO BE NOTICED representing