JAMES HANNAH (Bar No. 237978)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
jhannah@kramerlevin.com

Attorneys for Defendant
TetraMem Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| XIAOHUA HUANG,<br><br>               Plaintiff,<br><br>   v.<br><br>TETRAMEM INC.,<br><br>               Defendant. | Case No. 5:24-cv-07181-PCP<br><br>**DEFENDANT TETRAMEM INC.'S NOTICE OF RESPONSE TO DKT. NO. 21** |

Pursuant to the Court's guidance during the November 14, 2024 hearing, this notice addresses "Plaintiff's disclosure and report" filed at Dkt. No. 21 on November 13, 2024, which attaches two documents with redactions. I, Mr. Hannah, do not have a conflict in representing TetraMem Inc. in this matter.

Respectfully submitted,

Dated: November 15, 2024

By: */s/ James Hannah*
James Hannah (Bar No. 237978)
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
jhannah@kramerlevin.com

*Attorneys for Defendant*
TetraMem Inc.