Xiaohua Huang , *pro se*

P.O. Box 1639, Los Gatos CA95031

Tel:   669 273 5633

Email: paul-huang03@outlook.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | | |
|---|---|---|
| XIAOHUA HUANG, | \| | Case No. 5:24-cv-07181-PCP |
| Plaintiff, | \| | |
|   v. | \| | Plaintiff's amended complaint to |
| | \| | respond ECF No. 19 |
| TETRAMEM, INC., | \| | |
| Defendant | \| | Hon. P. Casey Pitts |

**Plaintiff's amended complaint to respond ECF No. 19**

Plaintiff, Xiaohua Huang ("Plaintiff" or "Huang"), hereby files his amended Complaint for Patent Infringement against Defendant, THAT'S TetraMem, Inc. ("TetraMem" or "Defendant, this amended complaint is also to respond Defendant TetraMem's motion to dismiss filed in ECF No.19,  and respectfully alleges as follows:

### NATURE OF THE ACTION

1.   This is a civil action for patent infringement under the Patent Laws of the United States, 35 U.S.C. §101, et seq., to prevent and enjoin Defendant TetraMem, Inc. (hereinafter "TetraMem" or "Defendant") from infringing and profiting, in an illegal and unauthorized manner and without authorization and/or consent from

1

Plaintiff, from U.S. Patent No. RE45259 (the "'RE259patent" which is attached hereto as Exhibit A and incorporated herein by reference, and pursuant to 35 U.S.C. §271, and to recover damages and costs.

## THE PARTIES

2. Xiaohua Huang also go by Paul Huang is an individual, he currently resides at Campbell, CA95008. Mr. Huang is the owner of US patent RE45259 as inventor.

3. TetraMem is or purports to be a company having its head quarter office address in: 4027 Clipper Ct, Fremont, CA 94538 with its website:

https://www.tetramem.com/. TetraMem was founded by Mr.Glenn (Ning )Ge, Mr. J. Joshua Yang and Qiangfei Xia based on the ReRAM (RRAM) research initiated from

HP Lab. and continued in University of Massachusetts and University of Southern California.

## JURISDICTION AND VENUE

4. This action arises under the patent laws of the United States, 35 U.S.C. § 101, et seq. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this District pursuant to 28 U.S.C. §§1391(b) - (c) and 28 U.S.C. § 1400(b) in that Defendant which has its regular business and main office in 4027 Clipper Ct, Fremont, CA 94538 can be sued in this judicial district.

## BACKGROUND FACTUAL ALLEGATION

5. A true and correct copy of the 'RE259patent is attached hereto as Exhibit A.

The 'RE259patent is valid and owned by Plaintiff Mr. Huang as the inventor.

6. In the year of 2000 "Huang" invented the high speed & low power logic and circuit design for Ternary Addressable Memory (TCAM), the invented logic and circuit later was also applied to other memory such as **Re**sistive **R**andom **A**ccess **M**emory (ReRAM or RRAM), EEPROM, **M**agnetic **R**andom **A**ccess **M**emory (MRAM) and other memory used in IC chips such as SoC, CPU and Artificial Intelligence (AI) chips. In Nov. 2000 "Huang" found CMOS Micro Device Inc. ("CMOS") in Campbell, California with his own savings to set up an office, computer and EDA software to design and develop high speed and low power Ternary Addressable Memory (TCAM). The Internet gigabit switch and router use Ternary Addressable Memory (TCAM) as a search engine to look up the IP address to forward the content among the routers and Switches connected through fiber. By the year of 2000 Ternary Addressable Memory (TCAM) became the bottle neck of the speed of internet gigabit switch and routers as well as the Internet because the low speed and high power of the Ternary Addressable Memory (TCAM). Huang 's invention increased the speed of TCAM and reduced the power of TCAM, the invention was granted US patents 6744653,6999331 and RE45259, the US patent 6744653 and 6999331 can increase TCAM more than three to ten time for the same silicon process technology and reduce the power to less than third to one-tenth(see Exhibit 9). US patent RE45259 can increase the speed of large density TCAM up to a hundred time for the same silicon process technology. Around the year of 2000 many company including Netlogic Microsystem, Samsung, Micron, Cypress Semiconductor, Integrated Device Technology, Inc. etc. invested heavily on TCAM research and development for low power and high speed TCAM design. When the investors and Chairman of Netlogic Microsystem learned that Huang invented high speed and low power TCAM, in the year of 2001 the investors and Chairman of Netlogic Microsystem, Inc. invested CMOS Micro Device, Inc., then (after several month) filed law suit against Huang and CMOS Micro Device, Inc. to obtain the technical data and trade secrete of TCAM from CMOS Micro Device, Inc. as more

than 10% owners. Although Huang won the law suit, returned, paid the invested money back to the investors to keep his invented technology and the Superior Court of California in Santa Clara issued the order to prohibit the personals of Netlogic Microsystem, Inc. to use any of the data taken from CMOS Micro Device and Huang, Netlogic Micro System, Inc. still used all the data they took from Huang and CMOS Micro Device, Inc. (See Exhibit 10). Huang obtained the evidence from reverse engineering of the chips of Netlogic Micro System, Inc. After that Netlogic Micro system, Inc. dominated the market of TCAM chips and later Netlogic Micro System was acquired by Broadcom Ltd. with 3.7 billion US around 2011. After Netlogic Microsystem, Inc. filed law suit against CMOS Micro Device, Inc. During the litigation a private memory IP company called silicon design solution, Inc.(SDS) stolen the data of TCAM through their connection with a layout designer of CMOS Micro Device, Inc., then start selling embedded TCAM IP to all the networking chip company such as Intel, QUALCOMM, Cisco, Microchip, Huawei, ZTE, Marvell, TI etc. Silicon design solution, Inc.(SDS) was acquired by eSilicon, Inc., later its TCAM business was sold to Synopsys, Inc. In one day of late 2003 I shared my patent application with Dr. Andy Bechtolsheim who was at that time the General Manager of Gigabit Switch division of Cisco System (Dr.Bechtolsheim was the inventor to use TCAM as look up table and search engine for the Internet gigabit switch and router), on the very second day Dr. Bechtolsheim called me and said that your invention is the very solution to high speed and low power TCAM. Later Dr. Bechtolsheim asked me to do the evaluation on power and speed of TCAM chip specification defined by Cisco System, Inc. (see Exhibit 11) After Netlogic Micro System, Inc. start selling TCAM chips and Silicon Design Solution, Inc. start selling TCAM IP, all the other company dropped the research on TCAM, even up to today no any other major company (except Broadcom and Synopsys) put effort on TCAM development, it turns out that the TCAM solution outlined in the three US patents 6744653, 6999331 and RE45259 as well as the TCAM design data of CMOS Micro Device, Inc. are the best TCAM solution up to today. I told Dr.Bechtolsheim around 2004 that they took my TCAM design, Dr.Bechtolsheim said to me that you filed the

4

patent application, your technology will be protected, U.S. has the best legal system to protect intellectual property and the interest of individual. After being sued by Investors in CMOS Micro Device, Inc. Huang never took any investor's money and used his own savings to keep maintaining TCAM technology and developing new technology.

7. The invention of US patent 6744653, 6999331 and RE45259 are also applied to the reading circuit of ReRAM or RRAM, MRAM, EEPROM and other register memory used in IC chips.

8. Around February 1, 2020, I was referred by CEO of XTX Technology, Inc. to meet Dr. Glenn (Ning) Ge, the CEO of TetraMem, Inc. at TetraMem's office. Dr. Glenn Ge explained the ReRAM (RRAM) technology which TetraMem used in very detail. ReRAM (RRAM) is a nonvolatile memory which use a programmable resistor as storage unit, the resistor can be programed to two different resistance value, a higher resistance value and a lower resistance value; then it can be used to restore one bit data as "0" represented by , say, high resistance value and "1" represented by low resistance value. The industry start putting effort on the development of ReRAM in early 2000, Plaintiff Mr. Huang was a senior manager/distinguished engineer of ReRAM & MRAM development at Seagate Technology in the year of 2008. Comparing with the two resistance value resistor of storage used in the ReRAM (RRAM), The CEO of TetraMem told me that the storage resistor used in the TetraMem's ReRAM can be programed to multi-resistance value to store multi-bit data rather than "0" and "1" through applying different voltage and current on it, which is more suitable to be used in the Artificial Intelligence (AI) or in memory computing and TeTraMem is going to raise investment with the cause that their ReRAM (RRAM) can be used for Artificial Intelligence (AI) or in memory computing while two value resistance resistor ReRAM (RRAM) are targeted for some application of consumer electronics. In fact multi resistance value resistor storage is not something new, the short comings of the multi-resistance value resistor is that it occupy very large area and need very high voltage range to program, so multi value resistance resistor is not suitable to integrate with the advanced CMOS integrated circuit chips used by AI and computing in memory. Multi-

value resistance resistor ReRAM (RRAM) may find its application in the area which do not need advanced technology such as AI chips which currently uses 5nm/3nm or smaller process technology transistor, one single multi-value resistance resistor usually occupy around 0.25x0.25um square, 1um =1000nm, 0.25um=250nm the multi-value resistance resistor occupy more than 50-250000 time  area than the transistor used in AI application. The intention might be good, but not feasible yet, which is a little like Elizabeth Anne Holmes effort (a Stanford dropped out found a blood test company to facilitate patients with an intended solution, someday could be real in the future)(See Exhibit 8).  CEO of TetraMem said that their founders include a professor of USC (J. Joshua Yang) who helped to invent and develop the multi value resistance resistor of their ReRAM (RRAM). Comparing with the prestigious professor in the world renowned university USC, the Stanford dropped out does not have enough academia background, TeTraMem may reduce the area of multi value resistance resistor from 200nm to 5nm someday, they should not be making "the Emperor's New Clothes" (Exhibit 7). On the year of 2023 Professor J. Joshua Yang announced that the device [of their multi value resistance resistor] was fabricated in a 240-nm diameter via above the CMOS peripheral circuitry. With 2048  level resistor , each level are read by sweeping from 0 to 0.2V.   each level need 0.2 V, 2048 need 0.2x2048=409.9V.  Now regular AI chip's voltage is less than 0.8V, two level sweeping (0.2-0.4v, 0.5-0.7v) could be used, to represent "0" and "1" two states, same as the other two resistance value resistor (See Exhibit1). To  It was informed that TeTraMem has raised $60million  with the TeTraMem IP designed with using US patent RE45259 by claiming that their ReRAM (RRAM) can be used for AI.

9. In September 9, 2023, before filing complaint case 5:23-cv-04936-SVK, I sincerely contacted the CEO of TetraMem to inform him their company's ReRAM (RRAM) technology and ReRAM (RRAM) IP  and chips developed with their ReRAM (RRAM) IP has infringed my US patents and intended to resolve the dispute prior to filing the complaint to the Court. The CEO of TetraMem declined my request Exhibit 1.

10.   In previous case 5:23-cv-04936-SVK, under Defendant's instruction (Defendant counsel Mr. Hannah explicitly said to me through the phone call that he and his

colleagues (all their names are listed in defendant's brief) cited all the negative comments on me from the previous cases of the past, made personal deamination, asked the court to sanction me to pay their attorney fees are completely based on their Client's instruction; they are lawyers and they only do whatever their clients ask them to do) Defendant's Counsel used all the erroneous information and the erroneous decision of the previous cases in the past to defame Plaintiff and cheat the Court. The Court was biased by defendant's conduct, and Plaintiff withdrew that complaint because Plaintiff was extremely prejudiced. After only Plaintiff filed complaint based on the evidence of infringement, Defendant filed motion to dismiss and filed motion to sanction Plaintiff to pay defendant's attorney fees. The court cancelled the ADR and case status management meeting. In case 5:23-cv-04936-SVK defendant Counsels uses case No. 2:15-cv-1413 Mr. Xiaohua Huang v. Huawei Technologies Ltd. to prove that Plaintiff is a frivolous litigant because Plaintiff was sanctioned by Judge Judge Rodney Gilstrap/ Roy Payne. Case No. 2:15-cv-1413 was my first case I filed, I have no any experience and knowledge of the Court and litigation. I collected and produced evidence that many chips used in Huawei's Internet router and switches infringes my asserted patents. Judge Roy Payne was very kind and nice to me and gave me two month time to retain the counsels who are very experienced in the local court. I have been grateful and felt in debt to Judge Payne although I failed to retain the counsels. After that Huawei used six its employees, one internal counsel (all located in China) and the counsels to make false statement and perjured declaration. Although I produced the evidence to prove all the Huawei's declaration are contradictive to the public material evidence the Court took Huawei's false statement and perjured declaration to judge me loose the case and have me sanctioned. Defendant Counsels uses case No. 3:18-cv-6654 Mr. Xiaohua Huang v. Nephos Inc. to defame me. In Case No. 3:18-cv6654 Mr. Xiaohua Huang v. Nephos Inc. was the third case I filed. In 2014 I taught the engineers of MediaTek how to use my patents to design the low power TCAM for their networking chips, then the power consumption of MediaTek's chip reduced from over 200watt to much less than 100 watt, and sold to Amazon.com, Inc., but

7

MediaTek refused to pay anything to me, I filed complaint in 2018. Hon. William Alsup assigned Magistrate Jude Kim to mediate the case. Defendant Counsel Brandon Stroy cheated me and asked me not to trust the Judges in the hallway of the Court after the meeting and said to me that he can help me to have the defendant to pay me the particular amount to settle the case, that amount is many times more than the amount which Judge Kim mediated for me later, so I did not accept the mediation result. After that Brandon Story told me that his client only want to pay one-tenth of the amount that Judge Kim mediated. The case was not settled, then Brandon Story imitated Huawei's case No. 2:15-cv-1413 and have the employees of MediaTek to make perjured declaration to cheat the Judge and win the case. I should follow Judge Kim. Although losing the case but I am grateful and in debt to Hon. Judge Alsup and Kim. Everyone knows that my case with Huawei No. 2:15-cv-1413 was erroneously decided by the Courts. The court system tolerates the errors made by Judge. Some defendant counsels used what the Court taking the false statements and perjured declaration in Xiaohua Huang v. Huawei No. 2:15-cv-1413 made erroneous judgment as reference example to attack me, make false statements and perjured declaration and successfully biased the trial court, as Serpent seduces Eve, to imitate case No. 2:15-cv-1413 rather than focus on the case objectively to make erroneous decision.

11. In California, before obtaining the permission, the lawyer solemnly declares to GOD by putting his/her hand on bible "I solemnly swear (or affirm) that I will support the Constitution of the United States and the Constitution of the State of California, and that I will faithfully discharge the duties of an attorney and counselor at law to the best of my knowledge and ability. As an officer of the court, I will strive to conduct myself at all times with dignity, courtesy, and integrity." Defendant Counsel James Hannah in case 5:23-cv-04936-SVK and in this case have violated his oath to the God, his conducts may have himself, his family and descendants suffer from his wrongful conduct. State Bar Announces 23 Attorneys Disbarred in the Third Quarter of 2023 BY STATE BAR OF CALIFORNIA ON

NOVEMBER 20, 2023. Some attorneys even violates the law and commits crime for their personal interests , do not mention their conduct would have their descendants suffered such as the Jewish have suffered from King David's wrongful conduct.  The GOD is the final protection of the justice of the US legal system otherwise some of the attorneys tell the lies, make perjured declaration and used the errors which Judges made in the past to bias the Court and Judges to make new errors, the Judges have immunity from prosecution by making errors and most of errors which Judges made are not corrected, In this way the attorneys keep telling the lies, and eventually no any *pro se* litigant can survive in the legal system. Defendant's conduct of instructing their Counsels to lie, cheat and use false information to defame Plaintiff and cheat the Court are somehow consistent with their other unethical conducts. Defendant and their founders filed many patents to protect their own technology, but use Plaintiff's patent without licensing and refuse to license. Defendants have used Plaintiff's patent to have built several sample chips, measured some data from those chips and published the papers on science journal then obtained 60 million USD income (investment). TetraMem has offered to sell its ReRAM designed with using US patent RE45259 without licensing.

12.   Before filing new complaint in this case I have contacted James Hannah many time to seek the resolution, but James Hannah does want to resolution, he wants attorney fees. One time his client wants to resolve the case James Hannah offered me $1000 to resolve the disputes. I feel that James Hannah's conduct is too strange from a patent litigation attorney's $400-1000 hour rate, then I found that James Hannah graduated from Golden Gate University, School of Law (According to U.S. News & World Report, Golden Gate University's School of Law is ranked 180–196 overall out of 196 law schools for 2024).

13.   The new complaint is also based on the new information provided by Defendant in Exhibit 3 that defendant's product is designed  with "1R 1T" structure which is consistent with the structure of Figure 2 and Figure 3 in plaintiff's analysis on how defendant's products infringe the us patent RE45259 Exhibit X1. Defendant

sent Plaintiff an email in Exhibit 3 and tried to narrow the claim 29 of US patent RE45259 to one embodiment, but in the same time disclosed that defendant's product use "1T,1R" ReRAM structure. Plaintiff pointed out defendant counsel's cheating conduct with Exhibit 4 and Exhibit 5.

14. Before filing complaint in this case I sent email to James Hannah and asked him sincerely to focus on the discussion of whether infringement only in this case since my previous case is already ruled by the Court. I asked him not to personal defame me, use previous cases to bias the Court and not ask for attorney fees. But James Hannah still did the same as he did in case 5:23-cv-04936-SVK in his motion to dismiss ECF No.19. James Hannah's conduct in this case violated his Oath to the GOD again.

### THE INFRINGING PRODUCTS WHICH DEFENDNAT MAY HAVE MADE AND SOLD

15. Based on the information obtained that the products made by Defendant TetraMem, including but not limited to embedded ReRAM or RRAM IP, also called Analog-in-ReRAM, "a metal-oxide based cross-point switch", Memristor, "multi-level RRAM", "computing memristor", "analog RRAM" and chips called "TetraMem MX100" and Cullinan, contain integrated circuit with the function which read the claim 29 of US patent RE45259. The statement is to follow Fed R.Civ.P. Rule 8(a)(2). In Exhibit 1 Plaintiff copied the information found in the webpage of TetraMem, those information proves that TetraMem has made and offer to sell ReRAM and ReRAM based above products.

16. The following Figure 1 is the basic ReRAM storage cell structure for all kind of memristor including ReRAM , R represents resistor and T represent transistor, which is so called "1T1R" ReRAM storage cell structure. Transistor is the switch to control whether allow or not to access to the resistor and its stored value, access

10

include read and write, write can set the different resistance value of the resistor with different current flowing through the resistor, writing also called programing. When transistor "T" is turned off, no write can be performed. After writing, the resistance value of resistor can be measured and read out, the process is called read, which also need to turned the transistor 'T" on, when transistor is off, no read can be performed. Exhibit 3 also claims that TetraMem's ReRAM employ "1T, 1R" (1 transistor, 1 resistor) which is consistent with Figure 1, Figure 2 and Figure 3



Figure 1    ReRAM storage cell with 1T 1R structure

17   The following Figure 2 is the ReRAM cell array which store the data in the resistors, each transistor connected to each resistor, which is the "1T 1R" ReRAM structure storage cell. The word line control the transistors in the row, when word line voltage is around 1 Volt , all the transistors connected to the word line in the same row is ON, then the corresponding resistor connected to the transistor can be accessed either writing or reading through each  Bit line. Figure 2 is the standard ReRAM cell Array, for any kind ReRAM it is arranged in the same way as in

Figure 2.   This need an engineer having basic memory array design knowledge to understand,  either attorney or Judge without integrated circuit design and memory array cell design knowledge must have difficulty to understand. The court  may need to have memory IC design expert to help .



Figure 2. RRAM (ReRAM) array of M column and N row, the N column bit line and source line to read and write the data stored in the resistors, N row word line to enable reading and writing of the data stored in the resistors.

18   Here we copy only one column from Figure 2 to the left side of the following.



Figure 3 The read circuit of ReRAM of TetraMem

Figure 3 is the circuit of reading one column in the RRAM( ReRAM ) in Figure 2, it was turned with 90 degree. The left side of the vertical dot line is the reading circuit

of the RRAM(ReRAM) used in the available ReRAM including the ReRAM of TetraMem, all the other way either not work or need to have the circuit of Figure 3 in it. For ReRAM of resistors with two level resistance usually use an amplifier on the right side of the vertical dot line. But for the TetraMem's ReRAM ( ReRAM) using multi-level resistance of resistors an ADC ( analog signal to digital signal converter) is needed, but the circuit in the left side are same, we only focus on the circuit and its operation in the left side..

When starting reading,

Step 1: Switch read enable signal "Ren" signal to V-read =1Volt, the N transistor connected to $R_0$ controlled by "Ren" signal is switch to ON state, the node Vx is set to voltage V0 through the N transistor connected to R0 and two current source I.

Step2: If read the data controlled by WL0, simultaneously switch WL0 from low voltage to high voltage and switch Ren from high voltage to low voltage, the transistor controlled by WL0 is ON and transistor controlled by Ren is OFF: in the ReRAM with two resistance value of the resistor storage element, the voltage of Vx will change to V1 or V2 which corresponds to the resistance value of the resistor storage element connected to the transistor controlled by WL0, in the ReRAM having multi-level resistance value of resistor storage element, the voltage of Vx will change to one of V1, V2, V3 …… which corresponds to the resistance value of the resistor storage element controlled by WL0, each bit voltage of ADC's output reflects the value of Vx which corresponds to the information of the resistance value being read.

Claim chart of Claim 29 of US Patent RE45259 read " The read circuit of "1R1T" structure ReRAM of TetraMem " of Figure 1.

| claim | **Accused device:** ReRAM or RRAM IP, also called Analog-in-ReRAM, "a metal-oxide based cross-point switch", Memristor, "multi-level RRAM", "computing memristor", "analog RRAM" and chips called "TetraMem MX100" and Cullinan, which all have the ReRAM read circuit shown in Figure 3 |
|---|---|

| | |
|---|---|
| Claim 29 *of* US patent RE45259 | This claim 29 reads on schematic of "the read circuit of ReRAM of TetraMem" in Fig.3 |
| A content addressable memory (CAM) system, comprising: | This is preamble |
| (1) a circuit segment configured to generate a circuit segment output based on whether at least one of a plurality of circuit segment inputs received by the circuit segment corresponds to a first logic level, | The read operation of RRAM of TetraMem in Figure 3 is explained in page 13, cited as follows:<br>Step 1: Switch read enable signal "Ren" signal to V-read=1Volt, the N transistor controlled by "Ren" signal is On, the **node Vx is set to voltage V0** through the N transistor, R0, and two current source I.<br>Step2: If read the data controlled by WL0, simultaneously switch WL0 from low voltage GND=0Volt to high voltage V-read=1 Volt and switch Ren from high voltage V-red =1Volt to low voltage GND =0 volt, the transistor controlled by WL0 is ON and transistor controlled by Ren is OFF: in the ReRAM having multi-level resistance of resistor storage element, the voltage of Vx will change to one of V1, V2, V3 …… which corresponds to the resistance state of the resistor storage element controlled by WL0, each bit voltage of ADC's output reflects the value of Vx which corresponds to the information of the resistance value being read.<br>This claim section read the schematic in Figure 3<br><br>because the generating output of the read circuit is<br><br>based on at least one of WL0, WL1,…., WLm change its voltage level from low to high and switch on the controlled transistor and read the connected ( controlled) resistor and generate the output voltage. |
| (2) the circuit segment configured to set a node to a second logic level in response to an input signal, and | (2) The read operation of ReRAM of TetraMem in Figure 3 is explained in page 13, cited as follows:<br>Step 1: Switch read enable signal "Ren" signal to V-read, the N transistor controlled by "Ren" signal is On, the **node Vx is set to voltage V0** through the N transistor, R0, and two current source I.<br>This section claim read the RRAM of TetraMem in |

| | |
|---|---|
| | Figure 3, voltage of node Vx is set based on the input voltage of Ren. |
| (3) to subsequently change the node to a third logic level in response to the plurality of circuit segment inputs, the circuit segment output corresponding to said third logic level. | (3) This section claim read step 2.<br>after (in step 1) node Vx was set to voltage V0 by Ren, subsequently simultaneously switch WL0 from low voltage to high voltage and switch Ren from high voltage to low voltage, the transistor controlled by WL0 is ON and transistor controlled by Ren is OFF: in the ReRAM having multi-level resistance of resistor storage element, the voltage of Vx will change to one of V1, V2, V3 …… which corresponds to the resistance state of the resistor storage element controlled by WL0, each bit voltage of ADC's output reflects the value of Vx which corresponds to the information of the resistance value being read. |

19. Fed. R. Civ. P. 12(b)(6). In order to survive a motion to dismiss, a complaint must allege "enough facts to state a claim to relief that is plausible on its face." Twombly, 550 U.S. at 570. And, a claim is plausible on its face "when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." Iqbal, 556 U.S. at 678 (citing Twombly, 550 U.S.at 556). Plaintiff produced the fact and evidence as well as the analysis on how the claim 29 of US patent RE45259 read on the read circuit of ReRAM and the product built with ReRAM. To understand the analysis completely the knowledge of memory IC design is needed. But at this stage at least the complaint shows the infringement is valid on its face and the argument is plausible.

**COUNT I: INFRINGEMENT OF U.S. PATENT NO. RE45259**

20. Plaintiff refers to and incorporates herein the allegations of Paragraphs 1-19 above.

21. On November 25, 2014 U.S. Patent No. RE45259 (the "RE259Patent") was duly and legally issued for a "Hit ahead hierarchical scalable priority encoding logic and circuits." A true and correct copy of the 'RE259patent is attached hereto as Exhibit A. Xiaohua Huang as inventor is the owner of all rights, title, and interest in and to the 'RE259 patent.

22. On information and belief, Defendant TetraMem has infringed and continue to infringe directly, indirectly, literally, on Doctrine of Equivalent one or more of the claims of the'RE259 patent through making including but not limited to embedded ReRAM or RRAM IP, also called Analog-in-ReRAM, "a metal-oxide based cross-point switch", Memristor, "multi-level RRAM", "computing memristor", "analog RRAM" and chips called "TetraMem MX100" and Cullinan containing circuit and logic function which have infringed at least claim 29 of the 'RE259 patent under 35 U.S.C. § 271(a), (b) and(c).

23. On information and belief, Defendant TetraMem has induced its Customers to have infringed and continue to infringe directly, indirectly, literally, on Doctrine of Equivalent the claim 29 of the 'RE259 patent by using the devices which infringes the claim 29 of 'RE259 patent. The Customers of the Defendant uses the function of reading and writing data and information which contains the circuit and logic reading the claim 29 of the 'RE259 patent. The using of function of reading and writing data and information in accused devices are completely not a staple article or commodity of commerce suitable for substantial non-infringing use.

24. Defendant TetraMem's acts of infringement, inducing infringement have caused damage to Xiaohua Huang, and Xiaohua Huang is entitled to recover from Defendant for the damages sustained by Xiaohua Huang as a result of Defendant's wrongful acts in an amount subject to proof at trial. Defendant's infringement of Xiaohua Huang exclusive rights under the 'RE259 patent will continue to damage Xiaohua Huang, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court. Defendant's infringement entitle Xiaohua

Huang to recover damages under 35 U.S.C.§284 and to legal fees and costs incurred in prosecuting this action under35 U.S.C. § 285.

## JURY DEMAND

25. Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Xiaohua Huang requests a trial by jury on all issues.

## PRAYER FOR RELIEF

WHEREFORE, Xiaohua Huang prays for the following relief:

(a). A judgment in favor of Xiaohua Huang that Defendant TetraMem has infringed and is infringing U.S. Patent No RE45259;

(b). A judgment that the 'RE259 patent is valid and enforceable;

(c). An order preliminarily and permanently enjoining Defendant and its subsidiaries, parents, officers, directors, agents, servants, employees, affiliates, attorneys and all others in active concert or participation with any of the foregoing, from further acts of infringement of the 'RE259;

(d). An accounting for damages resulting from Defendant's infringement of the 'RE259 patent under 35 U.S.C. § 284;

(e). An assessment of interest on damages;

(f). A judgment awarding damages to Xiaohua Huang for its costs, disbursements, expert witness fees, and legal fees and costs incurred in prosecuting this action, with interest pursuant to 35 U.S.C. § 285 and as otherwise provided by law;

(g). Such other and further relief as this Court may deem just and

equitable.

Dated: November 25, 2024                    Respectfully submitted

Xiaohua Huang

P.O. Box 1639, Los Gatos CA95031

Tel: 669 273 5633

Email: paul-huang03@outlook.com


Exhibit A US patent RE45259

Exhibit 1 pre-suit background

Exhibit 3

Exhibit 4

Exhibit 5

Exhibit 7

Exhibit 8

Exhibit  9

Exhibit 10

Exhibit  11